1 | **VICTOR S. HALTOM**
Attorney at Law
2 | State Bar No. 155157
428 J Street, Suite 350
3 | Sacramento, CA 95814
Telephone: (916) 444-8663
4 | Facsimile: 444-1546
*e-mail: vshjah@aol.com*
5
Attorney for Petitioner
6 | **ANTOINE N. WATIE**

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | **ANTOINE N. WATIE**,                )        CIV-S-04-1289 FCD PAN P
                                                     )
13 |        Petitioner,              )        **ORDER**
                                                     )
14 | v.                                          )
                                                     )
15 | **THOMAS L. CAREY**, Warden, et al.,   )
                                                     )
16 |        Respondents.            )
_____ )
17

18 |        GOOD CAUSE APPEARING,

19 |        IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

20 | time until July 5, 2005 is granted.  On or before July 5, 2005, petitioner shall file his

21 | traverse herein.

22 |        Dated:   June 7, 2005.

23 |                                                    /s/ Peter A. Nowinski
                                                             PETER A. NOWINSKI
24 |                                                    Magistrate Judge

25

26

27

28