1  **VICTOR S. HALTOM**
Attorney at Law
2  State Bar No. 155157
428 J Street, Suite 350
3  Sacramento, CA 95814
Telephone: (916) 444-8663
4  Facsimile: 444-1546
*e-mail: vshjah@aol.com*
5
Attorney for Petitioner
6  **ANTOINE N. WATIE**

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12  **ANTOINE N. WATIE**,                 )        CIV-S-04-1289 FCD PAN P
                                         )
13              Petitioner,              )        **ORDER**
                                         )
14  v.                                   )
                                         )
15  **THOMAS L. CAREY**, Warden, et al.,  )
                                         )
16              Respondents.             )
    _____      )
17

18         GOOD CAUSE APPEARING,

19         IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

20  time until August 5, 2005 is granted.  On or before August 5, 2005, petitioner shall file

21  his reply herein.

22         Dated:   July 7, 2005.

23                                        /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
24                                        Magistrate Judge

25

26

27

28