United States District Court

Eastern District of California

Antoine N. Watie,

      Petitioner,             No. Civ. S 04-1289 FCD PAN P

   vs.                   Order

Thomas L. Carey, et al.,

      Respondents.

-oOo-

    August 15, 2005, petitioner requested an extension of time to file and serve a reply, stating respondent is not opposed. Petitioner's request is granted and time is extended until 30 days from the date this order is signed.  No further extensions will be granted absent a showing of manifest injustice.

    So ordered.

    Dated:  August 16, 2005.

                       /s/ Peter A. Nowinski
                       PETER A. NOWINSKI
                       Magistrate Judge