United States District Court

Eastern District of California

Antoine N. Watie,

    Petitioner,                              No. Civ. S 04-1289 FCD PAN P

  vs.                                                Order

Thomas L. Carey, et al.,

    Respondents.

-oOo-

October 11, 2005, petitioner requested an extension of time to file and serve a reply. Good cause appearing, petitioner's request is granted and time is extended until November 1, 2005. No further extensions will be granted absent a showing of manifest injustice.

So ordered.

Dated: October 25, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge